**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Alan Gudino (SBN 326738)
*agudino@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs*

**ARMSTRONG TEASDALE LLP**
IJay Palansky (SBN 187917)
ipalansky@atllp.com
4642 S. Ulster Street, Suite 800
Denver, Colorado 80237
(720) 200-0676

Stephen J. Siegel (*pro hac vice*)
ssiegel@atllp.com
Yvette Mishev (*pro hac vice*)
ymishev@atllp.com
Elizabeth C. Wolicki (*pro hac vice*)
ewolicki@atllp.com
Jack C. Butz (*pro hac vice*)
jbutz@atllp.com
100 North Riverside Plaza Chicago, IL 60606
(312) 419-6900

**O'HAGAN MEYER, LLC**
Dana J. Finberg (SBN 257459)
dfinberg@ohaganmeyer.com
One Embarcadero Center, Suite 2100
San Francisco, CA 9411
(415) 578-6902

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRINA CORTEZ and TULIISA MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HANDI-CRAFT COMPANY, INC.,<br><br>Defendant. | Case No. 4:24-cv-03782-YGR<br>Complaint Filed: June 25, 2024<br><br>*Hon. Yvonne Gonzalez Rogers*<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS & RESET CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 6-1, 6-2, 7-12, Plaintiffs Alejandrina Cortez and Tuliisa Miller (collectively, "Plaintiffs") and Defendant Dr. Brown's Company (f/k/a Handi-Craft Company, Inc.) ("Dr. Brown's") respectfully submit this Joint Stipulation to (a) set a briefing schedule on Dr. Brown's' motion to dismiss and strike Plaintiffs' complaint, and (b) reset the date of the Case Management Conference. In support of this Stipulation, the undersigned parties state as follows:

WHEREAS, on June 25, 2024, Plaintiffs filed the above-captioned action in this Court. ECF No. 1.

WHEREAS, on July 8, 2024, Plaintiffs served Dr. Brown's with the Complaint. ECF No. 7.

WHEREAS, on September 6, 2024, Dr. Brown's moved to dismiss and strike Plaintiffs' complaint and noticed it for a hearing on October 15, 2024. ECF No. 25.

WHEREAS, Plaintiffs intend to either oppose Dr. Brown's motion to dismiss and strike or to file an amended complaint.

WHEREAS, pursuant to Civil Rule 7-12, the parties have conferred and agreed that given the complexity of the issues raised in Dr. Brown's motion to dismiss and strike—including the challenge to Plaintiffs' claims concerning the alleged presence of microplastics in Dr. Brown's products and their alleged health implications—the parties would benefit from more time to either fully brief Defendant's motion and prepare for hearing on the motion, or to allow Plaintiffs to amend the complaint.

WHEREAS, the initial Case Management Conference in this case is currently scheduled for October 28, 2024. ECF No. 17.

WHEREAS, the parties have not requested any extensions from this Court, nor has the Court stated that no further extensions will be granted.

THEREFORE, the parties, by and through their respective undersigned counsel, hereby stipulate and agree that:

1. Plaintiffs shall either file their opposition to Dr. Brown's' motion to dismiss and strike, or an amended complaint, by October 15, 2024.

2. Dr. Brown's shall file its reply to Plaintiffs' opposition, if any, by November 5, 2024.

3. The hearing on the motion to dismiss currently scheduled for October 15, 2024, shall be continued to November 26, 2024.

4. If Plaintiffs file an amended complaint, Dr. Brown's shall file its response to the amended complaint by November 12, 2024.

5. If Dr. Brown's chooses to file a motion to dismiss the amended complaint, Plaintiffs shall file their opposition by December 10, 2024, and Dr. Brown's shall file its reply by January 7, 2025.

6. The initial Case Management Conference shall be vacated, and the date will be reset at the hearing on the motion to dismiss.

DATED: September 13, 2024                     **CLARKSON LAW FIRM, P.C.**

By: */s/ Alan Gudino*
Ryan J. Clarkson
Bahar Sodaify
Alan Gudino

*Attorneys for Plaintiffs*

DATED: September 13, 2024                     **ARMSTRONG TEASDALE LLP**

By: */s/ IJay Palansky*
IJay Palansky

*Attorneys for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:_____                    _____
                                              Hon. Yvonne Gonzalez Rogers
                                              United States District Judge

**ATTESTATION OF FILER**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 13, 2024                           By: */s/ Alan Gudino*
                                                                                   Alan Gudino

                                                                                  *Attorneys for Plaintiffs*