UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TULIISA MILLER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HANDI-CRAFT COMPANY, INC.,<br><br>    Defendant. | Case No.24-cv-03782-YGR<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 33 |

    You are hereby notified that the following deadlines are set re: Motion to Dismiss the Amended Complaint in Dkt. No. 33:

    Plaintiff's Opposition due by: December 10, 2024.

    Defendant's Reply due by: January 7, 2025.

    Motion Hearing: February 4, 2025, at 2:00 p.m. in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers.

Dated: November 15, 2024

                                              Mark B. Busby
                                              Clerk, United States District Court

                                              By: _____
                                              Edwin Angelo A. Cuenco, Deputy Clerk to the
                                              Honorable YVONNE GONZALEZ ROGERS
                                              5106373540