**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Bahar Sodaify (SBN 289730)
bsodaify@clarksonlawfirm.com
Alan Gudino (SBN 326738)
agudino@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRINA CORTEZ, TULIISA MILLER, and JAROSLAW WOJCIECHOWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HANDI-CRAFT COMPANY, INC.,<br><br>Defendant. | Case No. 4:24-cv-03782-YGR<br>Complaint Filed: June 25, 2024<br>FAC Filed: October 15, 2024<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Alejandrina Cortez, Tuliisa Miller, and Jaroslaw Wojciechowski, by and through their counsel Ryan J. Clarkson, Bahar Sodaify, and Alan Gudino of Clarkson Law Firm, P.C., hereby voluntarily dismiss this case without prejudice.

DATED: May 20, 2025

**CLARKSON LAW FIRM, P.C.**

By: */s/ Alan Gudino*
    Ryan J. Clarkson, Esq.
    Bahar Sodaify, Esq.
    Alan Gudino, Esq.

*Attorneys for Plaintiffs*